**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KENNETH T. CHAVEZ,
on behalf of himself and all others similarly situated,   **MOTION FOR**
 **DEFAULT JUDGMENT**

                             Plaintiff(s),

                                                                  Case No.: 1:20-cv-01535-WFK-VMS

          -against-

38-60 13th ST PARTNERS LLC d/b/a THE
GIORGIO HOTEL,
                              Defendant(s).
------------------------------------------------------------------X

      Plaintiff KENNETH T. CHAVEZ hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter a default judgment in favor of Plaintiff and against Defendant 38-60 13th ST PARTNERS LLC d/b/a THE GIORGIO HOTEL, on the grounds that said Defendant failed to answer or otherwise defend against the Complaint.

Dated: Manhasset, New York
      December 30, 2020                    Respectfully submitted,

                                                  /s/   Mitchell Segal

                                        _____
                                        Mitchell Segal, Esq.
                                        Law Offices of Mitchell S. Segal, P.C.
                                        *Attorney for Plaintiff, the Class and the Sub-Class*
                                        1129 Northern Boulevard, Suite 404
                                        Manhasset, New York 11030
                                        Tel.: (516) 415-0100
                                        Fax: (516) 706-6631
                                        msegal@segallegal.com

TO:   38-60 13th ST PARTNERS LLC
      d/b/a THE GIORGIO HOTEL
      C/O DEPARTMENT OF STATE
      ONE COMMERCE PLAZA
      99 WASHINGTON AVENUE
      ALBANY, NEW YORK 12231

      38-60 13th ST PARTNERS LLC
      d/b/a THE GIORGIO HOTEL
      38-60 13th STREET
      LONG ISLAND CITY, NEW YORK 11101