**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KENNETH T. CHAVEZ, on behalf of
himself and all others similarly
situated,

                        Plaintiff,

                                                        CASE NO. 1:20-cv-01535-WFK-VMS

     v.

38-60 13th ST PARTNERS LLC d/b/a
THE GIORGIO HOTEL,

                        Defendant.
-------------------------------------------------------------X

## NOTICE OF SETTLEMENT

     Plaintiff, KENNETH T. CHAVEZ, hereby notifies this Court that a settlement in principle has been reached in the instant action.  The parties request that all deadlines be suspended while the parties finalize a settlement agreement.

DATED this 25th day of January, 2021.

                                           Respectfully Submitted,
                                           By:  */s/ Mitchell Segal*
                                           Mitchell Segal, Esq.
                                           Law Offices of Mitchell S. Segal, P.C.
                                           Attorney for Plaintiff
                                           1129 Northern Boulevard, Suite 404
                                           Manhasset, New York 11030
                                           Ph:  (516) 415-0100
                                           Fx:  (516) 706-6631
                                           msegal@segallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 25th day of January, 2021.

By: _/s/ Mitchell Segal_
Mitchell Segal, Esq.
(MS4878)

## SERVICE LIST:

**Jonathan M. Goidel, Esq.**
**GOIDEL & SIEGEL, LLP**
56 West 45th Street
3rd floor
New York, New York 10036
(212)840-3737
Email: GoidelandSiegel.com
Attorney for Defendant