UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KENNETH T. CHAVEZ, on behalf of himself
and all others similarly situated,

                          Plaintiff,

-against-

38-60 13th ST PARTNERS LLC d/b/a THE
GIORGIO HOTEL,

                          Defendant.
-------------------------------------------------------------X

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
§ 41(a)(1)(A)(i)

Case No.: 1:20-cv-01535-WFK-VMS

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Kenneth T. Chavez and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant 38-60 13th ST PARTNERS LLC d/b/a THE GIORGIO HOTEL, without costs to any party against any other and each party shall be responsible for their own attorney fees.

Dated: Manhasset, New York
         February 23, 2021

/s/ Mitchell Segal

Mitchell Segal, Esq.
Law Offices of Mitchell Segal P.C.
Attorney for Plaintiff
1129 Northern Boulevard, Suite 404
Manhasset, NY 11030
(516) 415-0100

Dated: February 23, 2021
       Brooklyn, New York

**SO ORDERED.**

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE